UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-333-RJC

| | | |
|---|---|---|
| JEREMY DUSTIN SMART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on the Motion for Admission Pro Hac Vice and Affidavit Lindsay F. Osterhout, (Doc. No. 3), filed November 21, 2018. For the reasons stated therein, the Motion is **GRANTED**.

**SO ORDERED**.

Signed: December 20, 2018

Robert J. Conrad, Jr.
United States District Judge

1